**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH W. MORALES, | ) | NO. EDCV 11-667-GHK (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LELAND McEWAN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   2/24/12   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE